Donald B. Petrie (014003)
**WRIGHT WELKER & PAUOLE PLC**
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
(480) 961-0040
dpetrie@wwpfirm.com
Attorneys for Defendants

Rosario M. Vignali (7150)
*Admitted Pro Hac Vice*
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
1133 Westchester Avenue
White Plains, NY 10604
Rosario.vignali@wilsonelser.com
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GLEN AVERY,<br><br>           Plaintiff,<br><br>      vs.<br><br>ONE WORLD TECHNOLOGIES, INC.; TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; RIDGID INC.; RIDGID TOOL COMPANY; EMERSON ELECTRIC COMPANY; HOME DEPOT USA, INC.,<br><br>           Defendants. | Case No. CV-17-08033-PCT-GMS<br><br>**JOINT REPORT ON SETTLEMENT** |

In accordance with the Court's Case Management Order, dated June 23, 2017, the parties, by and through counsel undersigned, hereby submit their Joint Report advising the Court regarding the good faith settlement talks conducted by counsel on behalf of their respective parties. The parties engaged in good faith settlement talks and have reached an

agreement to settle this matter. In accordance with LRCiv. 40.2, a Notice of Settlement is filed contemporaneously herewith and, upon finalization of the settlement documents, the parties will prepare and forward to the Court an appropriate stipulation to dismiss and a proposed order.

DATED this 7th day of December, 2017.

**WRIGHT WELKER & PAUOLE PLC**

By /s/ Donald B. Petrie
   Donald B. Petrie
   10429 South 51st Street, Suite 285
   Phoenix, Arizona 85044
   Attorneys for Defendants

**BURG SIMPSON ELDREDGE HERSH & JARDINE, PC**

By: /s/ Calvin S. Tregre, Jr. (with permission)
   Calvin S. Tregre, Jr.
   312 Walnut Street, Ste. 2090
   Cincinnati, OH  45202
   Attorneys for Plaintiff

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPY mailed to:

The Honorable Murray Snow
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 622
401 West Washington, SPC 80
Phoenix, AZ  85003


By /s/ Suzanne Beard
936-0001